UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RODRIGUEZ,<br><br>               Plaintiff,<br><br>   v.<br><br>ISSAC (COUNSELOR), et al.,<br><br>               Defendants.<br>                                        / | CASE NO.   1:09-cv-1784-AWI-MJS (PC)<br><br>ORDER DENYING AS MOOT MOTION TO GRANT INJUNCTIVE RELIEF AND REQUEST FOR EXTENSION<br><br>(Doc. 9) |

Plaintiff Noel Rodriguez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2009, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $350 filing fee within forty-five days. (Doc. 5.) Plaintiff responded with the instant Motion to Grant Injunctive Relief and Punitive Damages due to Malicious Prejudice and Request for Extension. (Doc. 9.) Plaintiff asks the Court to enjoin Defendants from interfering with his ability to file a motion to proceed in forma pauperis.

On November 24, 2009, Plaintiff submitted a Motion to Proceed in form pauperis. (Doc. 11.) The Court granted Plaintiff's motion on December 1, 2009. (Doc. 14.) Because the Court has now granted Plaintiff pauper status, Plaintiff's request for injunctive relief is moot. Accordingly, Plaintiff's Motion to Grant Injunctive Relief and Punitive Damages due to Malicious Prejudice and Request for Extension [Doc. 9] is DENIED.

IT IS SO ORDERED.

Dated:   June 28, 2010

                                                       CHIEF UNITED STATES DISTRICT JUDGE